**United States District Court**

**EASTERN DISTRICT OF CALIFORNIA**

SEP 21 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

|  |  |
|---|---|
| **United States of America**<br>vs.<br>Krystal Ibarra | **Case No.** 1:11-mj-188 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Krystal Ibarra _____ , have discussed with _____ Jacob Scott _____ , Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition:

You shall not associate or have any contact with named codefendants unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer.

All other previously ordered conditions of release not in conflict to remain full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

Signature of Defendant     Date          Pretrial Services Officer     Date
Krystal Ibarra                             Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel          Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on _____

☐ The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer          Date

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services